**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

FILED
2017 FEB 27 PM 3:19
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY DONNELL TYNER,<br><br>Defendant. | Magistrate No. 2:17-mj-0161-PAL<br><br>ORDER TO SEAL<br><br>(FILED UNDER SEAL) |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 27th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3